THE STATE OF OHIO, APPELLANT, *v.* BATTEASE, APPELLEE.

[Cite as *State v. Battease,* 116 Ohio St.3d 1207, 2007-Ohio-6457.]

(No. 2007–0157—Submitted November 28, 2007—Decided December 11, 2007.)

---

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents.

---

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Philip R. Cummings, Assistant Prosecuting Attorney, for appellant.

Schuh & Goldberg, L.L.P., and Richard J. Goldberg, for appellee.